In the Matter of MICHAEL HOFFLER, Appellant, v ROBERT M. JACON, as Judge of the County Court of Rensselaer County, et al., Respondents.

Decided July 1, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.